# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
BLACKBURN, JENNIFER M               §      Case No. 12-36664
                                    §
         Debtor(s)                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 s. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/23/2013 in Courtroom 4016,
          Henry Hyde Judicial Office Facility
          505 N. County Farm Road
          Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/23/2013                   By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BLACKBURN, JENNIFER M § Case No. 12-36664
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 38,354.82 |
| and approved disbursements of | $ | 353.27 |
| leaving a balance on hand of[1] | $ | 38,001.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 4,585.48 | $ 0.00 | $ 4,585.48 |
| Other: International Sureties Ltd | $ 34.24 | $ 34.24 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,585.48 |
| Remaining Balance | | $ | 33,416.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 451,847.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Gus Paloian, Trustee of Canopy Financial | $ 451,153.00 | $ 0.00 | $ 33,364.68 |
| 1 | American Infosource LP, agent for | $ 694.90 | $ 0.00 | $ 51.39 |
| | Total to be paid to timely general unsecured creditors | | $ | 33,416.07 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jennifer M Blackburn  
   Debtor

Case No. 12-36664-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: tmaurer    Page 1 of 3    Date Rcvd: Jul 24, 2013  
                Form ID: pdf006    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2013.

```
db            +Jennifer M Blackburn,    2156 Newport Cir,    Hanover Park, IL 60133-5198
19444019       Adventist Bolingbrook Hospital,    75 Remittance Dr,    Ste 6097,    Chicago, IL 60675-6097
19444020      +Adventist Bolingbrook Hospital,    PO Box 3495,    Toledo, OH 43607-0495
19444021       Adventist Bolingbrook Surgical Assi,    PO Box 7001,    Bolingbrook, IL 60440-7001
19444022      +Adventist Hinsdale Hospital,    PO Box 3495,    Toledo, OH 43607-0495
19444024       Bolingbrook Anesthesia,    PO Box 7001,    Bolingbrook, IL 60440-7001
19444025      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
19444027      +Contract Callers, Inc.,    1058 Claussen Road,    Suite 110,    Augusta, GA 30907-0301
19444028      +Convergent Outsourcing, Inc.,    800 SW 39th St.,    PO Box 9004,    Renton, WA 98057-9004
19444029       Credit Management, LP,    4200 International Pkwy,    Carrollton, TX 75007-1912
19444031       Dependon Collection Service, Inc.,    P.O. Box 4833,    Oak Brook, IL 60522-4833
19444032       DuPage Pathology Associates SC,    520 E 22nd St,    Lombard, IL 60148-6110
19444033      +Emergency Healthcare Phys B,    PO Box 366,    Hinsdale, IL 60522-0366
19444035      +First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
19444036      +Gus A. Paloian,    131 South Dearborn Street,    Suite 2400,    Chicago, IL 60603-5577
20430306      +Gus A. Paloian, Chapter 7 Trustee,    For Canopy Financial, Inc.,    131 S. Dearborn Street,
                 Suite 2400,    Chicago, IL 60603-5577
19444037       Maternal Fetal Medicine Bolingbrook,    PO Box 7000,    Bolingbrook, IL 60440-7000
19444039      +Merchants' Credit Guide Co.,    223 West Jackson Blvd,    Suite 400,    Chicago, IL 60606-6974
19444041      +Midwest Surgical Associates SC,    5201 S Willow Springs,    Suite 180,    La Grange, IL 60525-6506
19444042       Nissan-Infiniti LT,    P.O. Box 660366,    Dallas, TX 75266-0366
19444043      +Seyfarth Shaw LLP,    131 S Dearborn St,    Chicago, IL 60603-5863
19444044      +Sirius XM Radio Inc,    P.O. Box 33174,    Detroit, MI 48232-5174
19444046      +Suburban Pulmonary & Sleep Assoc.,    700 E Ogden Ave #202,    Westmont, IL 60559-1398
19444047       Suburban Radiologists SC,    1446 Momentum Place,    Chicago, IL 60689-5314
19444048       Target National Bank,    3901 West 53rd Street,    Sioux Falls, SD 57106-4216
19444049       Women First OBGYN,    PO Box 7001,    Bolingbrook, IL 60440-7001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19444023       E-mail/PDF: recoverybankruptcy@afninet.com Jul 25 2013 01:34:34      Afni, Inc.,
                 1310 Martin Luther King Drive,    PO Box 3517,    Bloomington, IL 61702-3517
20254350       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2013 01:41:05
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
19444026      +E-mail/Text: contact@csicollects.com Jul 25 2013 01:25:45      Certified Services, Inc.,
                 1733 Washington St.,    Suite 201,    Waukegan, IL 60085-5192
19444030      +E-mail/Text: clerical.department@yahoo.com Jul 25 2013 01:26:59
                 Creditors Collection Bureau, Inc.,    755 Almar Parkway,    Bourbonnais, IL 60914-2393
19444034      +E-mail/Text: BKNOTICES@EAFLLC.COM Jul 25 2013 01:28:17      Equable Ascent Financial, LLC,
                 1120 W Lake Cook Rd,    Suite B,    Buffalo Grove, IL 60089-1970
19444038      +Fax: 847-227-2151 Jul 25 2013 02:39:08      Medical Recovery Specialists, LLC,    2250 E Devon Ave,
                 Ste 352,    Des Plaines, IL 60018-4519
19444040      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 25 2013 01:23:18      Midland Credit Management,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
19444045       E-mail/Text: bankruptcy@sw-credit.com Jul 25 2013 01:31:04      Southwest Credit Systems, L.P.,
                 4120 International Pkwy,    Suite 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: tmaurer              Page 2 of 3              Date Rcvd: Jul 24, 2013
                               Form ID: pdf006            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2013**              **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: tmaurer              Page 3 of 3                  Date Rcvd: Jul 24, 2013
                               Form ID: pdf006            Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2013 at the address(es) listed below:
         Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Sean P Fleming    on behalf of Debtor Jennifer M Blackburn info@seanfleminglaw.com
                                                                                                                          TOTAL: 3