UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BLACKBURN, JENNIFER M | § | Case No. 12-36664 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS<br>(from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>  CHAPTER 7 ADMIN. FEES<br>  AND CHARGES<br>  (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>  ADMIN. FEES AND<br>  CHARGES (from **Exhibit 5**) | | | | |
|   PRIORITY UNSECURED<br>  CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____      By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist Bolingbrook Hospital 75 Remittance Dr Ste 6097 Chicago, IL 60675-6097 | | | | | |
| | Adventist Bolingbrook Hospital 75 Remittance Dr Ste 6097 Chicago, IL 60675-6097 | | | | | |
| | Adventist Bolingbrook Hospital 75 Remittance Dr Ste 6097 Chicago, IL 60675-6097 | | | | | |
| | Adventist Bolingbrook Hospital 75 Remittance Dr Ste 6097 Chicago, IL 60675-6097 | | | | | |
| | Adventist Bolingbrook Hospital 75 Remittance Dr Ste 6097 Chicago, IL 60675-6097 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist Bolingbrook Hospital 75 Remittance Dr Ste 6097 Chicago, IL 60675-6097 | | | | | |
| | Adventist Bolingbrook Hospital PO Box 3495 Toledo, OH 43607 | | | | | |
| | Adventist Bolingbrook Hospital PO Box 3495 Toledo, OH 43607 | | | | | |
| | Adventist Bolingbrook Hospital PO Box 3495 Toledo, OH 43607 | | | | | |
| | Adventist Bolingbrook Surgical Assi PO Box 7001 Bolingbrook, IL 60440-7001 | | | | | |
| | Adventist Hinsdale Hospital PO Box 3495 Toledo, OH 43607 | | | | | |
| | Adventist Hinsdale Hospital PO Box 3495 Toledo, OH 43607 | | | | | |
| | Afni, Inc. 1310 Martin Luther King Drive PO Box 3517 Bloomington, IL 61702-3517 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bolingbrook Anesthesia PO Box 7001 Bolingbrook, IL 60440-7001 | | | | | |
| | Bolingbrook Anesthesia PO Box 7001 Bolingbrook, IL 60440-7001 | | | | | |
| | Capital One PO Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Certified Services, Inc. 1733 Washington St. Suite 201 Waukegan, IL 60085 | | | | | |
| | Contract Callers, Inc. 1058 Claussen Road Suite 110 Augusta, GA 30907 | | | | | |
| | Convergent Outsourcing, Inc. 800 SW 39th St. PO Box 9004 Renton, WA 98057 | | | | | |
| | Credit Management, LP 4200 International Pkwy Carrollton, TX 75007-1912 | | | | | |
| | Creditors Collection Bureau, Inc. 755 Almar Parkway Bourbonnais, IL 60914 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Collection Bureau, Inc. 755 Almar Parkway Bourbonnais, IL 60914 | | | | | |
| | Dependon Collection Service, Inc. P.O. Box 4833 Oak Brook, IL 60522-4833 | | | | | |
| | DuPage Pathology Associates SC 520 E 22nd St Lombard, IL 60148-6110 | | | | | |
| | DuPage Pathology Associates SC 520 E 22nd St Lombard, IL 60148-6110 | | | | | |
| | Emergency Healthcare Phys B PO Box 366 Hinsdale, IL 60522 | | | | | |
| | Equable Ascent Financial, LLC 1120 W Lake Cook Rd Suite B Buffalo Grove, IL 60089 | | | | | |
| | First National Collection Bureau 610 Waltham Way Sparks, NV 89434 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Maternal Fetal Medicine Bolingbrook PO Box 7000 Bolingbrook, IL 60440-7000 | | | | | |
| | Medical Recovery Specialists, LLC 2250 E Devon Ave Ste 352 Des Plaines, IL 60018-4521 | | | | | |
| | Medical Recovery Specialists, LLC 2250 E Devon Ave Ste 352 Des Plaines, IL 60018-4521 | | | | | |
| | Merchants' Credit Guide Co. 223 West Jackson Blvd Suite 400 Chicago, IL 60606 | | | | | |
| | Midland Credit Management 8875 Aero Drive Suite 200 San Diego, CA 92123 | | | | | |
| | Midwest Surgical Associates SC 5201 S Willow Springs Suite 180 La Grange, IL 60525-6537 | | | | | |
| | Nissan-Infiniti LT P.O. Box 660366 Dallas, TX 75266-0366 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Seyfarth Shaw LLP 131 S Dearborn St Chicago, IL 60603 | | | | | |
| | Sirius XM Radio Inc P.O. Box 33174 Detroit, MI 48232-5280 | | | | | |
| | Southwest Credit Systems, L.P. 4120 International Pkwy Suite 1100 Carrollton, TX 75007-1958 | | | | | |
| | Suburban Pulmonary & Sleep Assoc. 700 E Ogden Ave #202 Westmont, IL 60559-5554 | | | | | |
| | Suburban Radiologists SC 1446 Momentum Place Chicago, IL 60689-5314 | | | | | |
| | Target National Bank 3901 West 53rd Street Sioux Falls, SD 57106-4216 | | | | | |
| | Women First OBGYN PO Box 7001 Bolingbrook, IL 60440-7001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP, AGENT FOR | | | | | |
| 2 | GUS PALOIAN, TRUSTEE OF CANOPY FINA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

Exhibit 8

| Case No: | 12-36664 | CAS | Judge: DONALD R. CASSLING |
|---|---|---|---|
| Case Name: | BLACKBURN, JENNIFER M | | |

For Period Ending:  03/05/14

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 09/17/12 (f) |
| 341(a) Meeting Date: | 11/27/12 |
| Claims Bar Date: | 06/05/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. BANK ACCOUNTS (u) | 0.00 | 38,354.82 | | 38,354.82 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. WEARING APPAREL AND JEWELRY | 400.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,500.00 | $38,354.82 | | $38,354.82 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distirbution checks mailed to creditors on 8/26/13.  Waiting for checks to clear prior to filing TDR

Initial Projected Date of Final Report (TFR): 06/30/13        Current Projected Date of Final Report (TFR): 06/30/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 17.05

FORM 2                                                                                          Page: 1
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:          12-36664  -CAS                          Trustee Name:      BRENDA PORTER HELMS, TRUSTEE
Case Name:        BLACKBURN, JENNIFER M                   Bank Name:         ASSOCIATED BANK
                                                          Account Number / CD #:   *******1426  Checking Account (Non-Interest Earn

Taxpayer ID No:   *******3600
For Period Ending: 03/05/14                               Blanket Bond (per case limit):   $  5,000,000.00
                                                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.13 | -18.13 |
| 12/23/12 | 3 | Chase | Liquidation of Bank account | 1229-000 | 38,354.52 | | 38,336.39 |
| | | | Received and deposited 11/5/12; posted to account 12/23/12 | | | | |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.42 | 38,311.97 |
| 01/13/13 | 3 | Chase | liquidation bk acct (adjust entry) | 1229-000 | 0.30 | | 38,312.27 |
| | | | Adjusting Entry--actual deposit $38,354.82 (erroneously recorded on ledger as $38,354.52) | | | | |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.95 | 38,255.32 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 34.24 | 38,221.08 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.37 | 38,169.71 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.75 | 38,112.96 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.83 | 38,058.13 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.58 | 38,001.55 |
| 08/26/13 | 010002 | BRENDA PORTER HELMS, TRUSTEE 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Chapter 7 Compensation/Fees | 2100-000 | | 4,585.48 | 33,416.07 |
| 08/26/13 | 010003 | American Infosource LP, agent for TD Bank USA P.o. Box 248866 Oklahoma City OK 73124 | Claim 1, Payment 7.39531% | 7100-000 | | 51.39 | 33,364.68 |
| 08/26/13 | 010004 | Gus Paloian, Trustee of Canopy Financial | Claim 2, Payment 7.39542% | 7100-000 | | 33,364.68 | 0.00 |

                                              Page Subtotals          38,354.82        38,354.82

                                                                                        Ver: 17.05
LFORM24
UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2                                                                                                          Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                 Exhibit 9

Case No:        12-36664  -CAS                         Trustee Name:      BRENDA PORTER HELMS, TRUSTEE
Case Name:      BLACKBURN, JENNIFER M                  Bank Name:         ASSOCIATED BANK
                                                       Account Number / CD #:   *******1426 Checking Account (Non-Interest Earn

Taxpayer ID No: *******3600
For Period Ending: 03/05/14                            Blanket Bond (per case limit):   $ 5,000,000.00
                                                       Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | COLUMN TOTALS | 38,354.82 | 38,354.82 | 0.00 |
|  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 38,354.82 | 38,354.82 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 38,354.82 | 38,354.82 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|  | Checking Account (Non-Interest Earn - *******1426) | 38,354.82 | 38,354.82 | 0.00 |
|  |  | 38,354.82 | 38,354.82 | 0.00 |
|  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/    BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 03/05/14
                     BRENDA PORTER HELMS, TRUSTEE

Page Subtotals        0.00        0.00

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*